Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−35838−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Brian Ewing
 177 Ellery Ave
 Newark, NJ 07106

Social Security No.:
 xxx−xx−7131

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 6/26/19 at 10:00 AM

to consider and act upon the following:

**55** − Creditor's Certification of Default (related document:41 Motion for Relief from Stay re: 117 Ellery Avenue, Newark, NJ 07106. Fee Amount $ 181. filed by Creditor U.S. Bank National Association, as Trustee for SG Mortgage Securities Trust 2006−FRE2, Asset Backed Certificates, Series 2006−FRE2, 45 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of SG Mortgage Securities Trust 2006−FRE2, Asset Backed Certificates, Series 2006−FRE2, U.S. Bank National Association, as Trustee. Objection deadline is 05/29/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A' # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

**56** − Certification in Opposition to Certification of Default (related document:55 Creditor's Certification of Default (related document:41 Motion for Relief from Stay re: 117 Ellery Avenue, Newark, NJ 07106. Fee Amount $ 181. filed by Creditor U.S. Bank National Association, as Trustee for SG Mortgage Securities Trust 2006−FRE2, Asset Backed Certificates, Series 2006−FRE2, 45 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of SG Mortgage Securities Trust 2006−FRE2, Asset Backed Certificates, Series 2006−FRE2, U.S. Bank National Association, as Trustee. Objection deadline is 05/29/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A' # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor SG Mortgage Securities Trust 2006−FRE2, Asset Backed Certificates, Series 2006−FRE2, U.S. Bank National Association, as Trustee) filed by Scott J. Goldstein on behalf of Brian Ewing. (Goldstein, Scott)

Dated: 5/30/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-35838-SLM
Brian Ewing                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin            Page 1 of 1            Date Rcvd: May 30, 2019
                          Form ID: ntchrgbk      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2019.
db            +Brian Ewing,    177 Ellery Ave,    Newark, NJ 07106-3503

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2019 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    SG Mortgage Securities Trust 2006-FRE2, Asset Backed
       Certificates, Series 2006-FRE2, U.S. Bank National Association, as Trustee
       dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor    SG Mortgage Securities Trust 2006-FRE2, Asset
       Backed Certificates, Series 2006-FRE2, U.S. Bank National Association, as Trustee
       kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Marie-Ann  Greenberg    magecf@magtrustee.com
      Scott J. Goldstein     on behalf of Debtor Brian  Ewing sjg@sgoldsteinlaw.com,
       cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
      U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
      William M.E. Powers    on behalf of Creditor    U.S. Bank National Association, as Trustee for SG
       Mortgage Securities Trust 2006-FRE2, Asset Backed Certificates, Series 2006-FRE2
       ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for
       SG Mortgage Securities Trust 2006-FRE2, Asset Backed Certificates, Series 2006-FRE2
       ecf@powerskirn.com
                                                                                                                        TOTAL: 7