UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCOTT J GOLDSTEIN
Chern Law, LLC
280 West Main Street
Denville, NJ 07834
(973) 453-2838
sjg@sgoldsteinlaw.com
Attorney for Brian Ewing, Debtor

**Order Filed on August 14, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

Brian Ewing,

Debtor

Case No.: 17-35838

Chapter: 13

Judge: SLM

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEE**

The relief set forth on the following page is **ORDERED**

**DATED: August 14, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised it is:

ORDERED that Scott J Goldstein the applicant, is allowed a fee of $ 400.00 for services rendered and expenses in the amount of $ 0.00 for a total of $ 400.00 The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ 760.00 per month for 40 months to allow for payment of the above fee.

*rev. 8/1/15*