UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

SCOTT J GOLDSTEIN
Chern Law, LLC
280 West Main Street

Denville, NJ 07834
(973) 453-2838
sjg@sgoldsteinlaw.com
Attorney for Brian Ewing, Debtor

Order Filed on August 14, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

    Brian Ewing,

                    Debtor

Case No.: 17-35838

Chapter: 13

Judge: SLM

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEE

The relief set forth on the following page is **ORDERED**

**DATED: August 14, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**ORDER GRANTING**
**SUPPLEMENTAL CHAPTER 13 FEE**
**Page 2**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised it is:

ORDERED that _____ Scott J Goldstein _____ the applicant, is allowed a fee of $ 400.00 _____ for services rendered and expenses in the amount of $ 0.00 _____ for a total of $ 400.00 _____ The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ 760.00 _____ per month for 40 _____ months to allow for payment of the above fee.

*rev. 8/1/15*

2.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-35838-SLM
Brian Ewing                                                             Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1          Date Rcvd: Aug 14, 2019
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2019.
db            +Brian Ewing,    177 Ellery Ave,    Newark, NJ 07106-3503

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2019 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    SG Mortgage Securities Trust 2006-FRE2, Asset Backed
       Certificates, Series 2006-FRE2, U.S. Bank National Association, as Trustee
       dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor    SG Mortgage Securities Trust 2006-FRE2, Asset
       Backed Certificates, Series 2006-FRE2, U.S. Bank National Association, as Trustee
       kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Scott J. Goldstein    on behalf of Debtor Brian  Ewing sjg@sgoldsteinlaw.com,
       cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William M.E. Powers    on behalf of Creditor    U.S. Bank National Association, as Trustee for SG
       Mortgage Securities Trust 2006-FRE2, Asset Backed Certificates, Series 2006-FRE2
       ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for
       SG Mortgage Securities Trust 2006-FRE2, Asset Backed Certificates, Series 2006-FRE2
       ecf@powerskirn.com
                                                                               TOTAL: 7