Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 17−35838−SLM  
Chapter: 13  
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian Ewing
   177 Ellery Ave
   Newark, NJ 07106

Social Security No.:
   xxx−xx−7131

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 12/11/19 at 10:00 AM

to consider and act upon the following:

**65** − Creditor's Certification of Default (related document:41 Motion for Relief from Stay re: 117 Ellery Avenue, Newark, NJ 07106. Fee Amount $ 181. filed by Creditor U.S. Bank National Association, as Trustee for SG Mortgage Securities Trust 2006−FRE2, Asset Backed Certificates, Series 2006−FRE2, 60 Order (Generic)) filed by Denise E. Carlon on behalf of SG Mortgage Securities Trust 2006−FRE2, Asset Backed Certificates, Series 2006−FRE2, U.S. Bank National Association, as Trustee. Objection deadline is 10/25/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

**66** − Certification in Opposition to Certification of Default (related document:65 Creditor's Certification of Default (related document:41 Motion for Relief from Stay re: 117 Ellery Avenue, Newark, NJ 07106. Fee Amount $ 181. filed by Creditor U.S. Bank National Association, as Trustee for SG Mortgage Securities Trust 2006−FRE2, Asset Backed Certificates, Series 2006−FRE2, 60 Order (Generic)) filed by Denise E. Carlon on behalf of SG Mortgage Securities Trust 2006−FRE2, Asset Backed Certificates, Series 2006−FRE2, U.S. Bank National Association, as Trustee. Objection deadline is 10/25/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor SG Mortgage Securities Trust 2006−FRE2, Asset Backed Certificates, Series 2006−FRE2, U.S. Bank National Association, as Trustee) filed by Scott J. Goldstein on behalf of Brian Ewing. (Attachments: # 1 Certificate of Service) (Goldstein, Scott)

Dated: 10/25/19

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court