Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                              Case No.:  17−35838−SLM
                                              Chapter:  13
                                              Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian Ewing
   177 Ellery Ave
   Newark, NJ 07106

Social Security No.:
   xxx−xx−7131

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/27/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 27, 2020
JAN: LVJ

                                                                                     Jeanne Naughton
                                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                       Case No. 17-35838-SLM
Brian Ewing                                                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 2                Date Rcvd: Feb 27, 2020
                                Form ID: 148             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 29, 2020.
db              +Brian Ewing,    177 Ellery Ave,    Newark, NJ 07106-3503
517250704       +Powers Kirn, LLC,    728 Marne Highway,    Suite 200,   Moorestown, NJ 08057-3128
517250705       +Rose Ewing,    177 Ellery Ave,    Newark, NJ 07106-3503
517250706       +Shapiro & Denardo, LLC,    14000 Commerce Pkwy, Ste B,    Mount Laurel, NJ 08054-2242
517947848       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386
517947849       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 28 2020 00:19:17     U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 28 2020 00:19:15    United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517250703       +EDI: CONVERGENT.COM Feb 28 2020 04:43:00      Convergent Outsoucing, Inc,   PO Box 9004,
                  Renton, WA 98057-9004
517250707        EDI: AISTMBL.COM Feb 28 2020 04:43:00     T-Mobile,   Bankruptcy Department,    P.O. Box 53410,
                  Bellevue, WA 98015
517325047        EDI: WFFC.COM Feb 28 2020 04:48:00     U.S. Bank National Association, as Trustee...,
                  c/o Wells Fargo Bank, N.A.,    Attn: Default Document Processing,   MAC# N9286-01Y,
                  1000 Blue Gentian Road,    Eagan, MN 55121-7700
517250708        EDI: USBANKARS.COM Feb 28 2020 04:43:00      US Bank NA,   Attn: Officer,    425 Walnut Street,
                  Cincinnati, OH 45202
517250710        EDI: WFFC.COM Feb 28 2020 04:48:00     Wells Fargo Home Mortgage,    8480 Stagecoach Circle,
                  Frederick, MD 21701
517250709       +EDI: WFFC.COM Feb 28 2020 04:48:00     Wells Fargo Bank, NA,   Attn: Officer,
                  420 Montgomery Street,    San Francisco, CA 94104-1298
                                                                                              TOTAL: 8

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2020                                    Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   SG Mortgage Securities Trust 2006-FRE2, Asset Backed
               Certificates, Series 2006-FRE2, U.S. Bank National Association, as Trustee
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   SG Mortgage Securities Trust 2006-FRE2, Asset
               Backed Certificates, Series 2006-FRE2, U.S. Bank National Association, as Trustee
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Scott J. Goldstein    on behalf of Debtor Brian  Ewing sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    U.S. Bank National Association, as Trustee for SG
               Mortgage Securities Trust 2006-FRE2, Asset Backed Certificates, Series 2006-FRE2
               ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor   U.S. Bank National Association, as Trustee for
               SG Mortgage Securities Trust 2006-FRE2, Asset Backed Certificates, Series 2006-FRE2
               ecf@powerskirn.com

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Feb 27, 2020
                              Form ID: 148               Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 7