| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Marie-Ann Greenberg, MAG-1284 |
| Marie-Ann Greenberg, Standing Trustee |
| 30 TWO BRIDGES ROAD |
| SUITE 330 |
| FAIRFIELD, NJ  07004-1550 |
| 973-227-2840 |
| Chapter 13 Standing Trustee |
| IN RE: |
| BRIAN EWING |

**Order Filed on February 27, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

**Chapter 13 Case No.:  17-35838**

**HEARING DATE:  02/26/2020**

**Judge:  STACEY L. MEISEL**

## ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: February 27, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.: 17-35838

Caption of Order:    ORDER DISMISSING PETITION

---

THIS MATTER having come before the Court on the Chapter 13 Standing Trustee's Motion to Dismiss on 02/26/2020, and the Court having been satisfied that proper service and notice was effectuated on the Debtor(s) and Debtor(s)' counsel, and the Court having considered the Chapter 13 Standing Trustee's report, and good and sufficient cause appearing therefrom for the entry of this Order, it is

ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13

ORDERED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable Trustee fees and commisions, except any adequate protection payments due under the proposed plan or by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

```
                          United States Bankruptcy Court
                               District of New Jersey
```

In re:  
Brian Ewing  
    Debtor

Case No. 17-35838-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 27, 2020  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2020.  
db           +Brian Ewing,    177 Ellery Ave,    Newark, NJ 07106-3503

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2020                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2020 at the address(es) listed below:

           Denise E. Carlon     on behalf of Creditor     SG Mortgage Securities Trust 2006-FRE2, Asset Backed  
            Certificates, Series 2006-FRE2, U.S. Bank National Association, as Trustee  
            dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Kevin Gordon McDonald     on behalf of Creditor     SG Mortgage Securities Trust 2006-FRE2, Asset  
           Backed Certificates, Series 2006-FRE2, U.S. Bank National Association, as Trustee  
            kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Marie-Ann    Greenberg     magecf@magtrustee.com  
           Scott J. Goldstein     on behalf of Debtor Brian   Ewing sjg@sgoldsteinlaw.com,  
           cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
           William M.E. Powers     on behalf of Creditor     U.S. Bank National Association, as Trustee for SG  
           Mortgage Securities Trust 2006-FRE2, Asset Backed Certificates, Series 2006-FRE2  
            ecf@powerskirn.com  
           William M.E. Powers, III     on behalf of Creditor     U.S. Bank National Association, as Trustee for  
           SG Mortgage Securities Trust 2006-FRE2, Asset Backed Certificates, Series 2006-FRE2  
            ecf@powerskirn.com  
                                                                                                      TOTAL: 7